IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2007

GREC_____ _____NGHAM
CLERK

Civil Action No. 07-cv-00621-BNB

DAVID LEE BURKHART,

         Plaintiff,

v.

STATE OF COLORADO POSTMASTER, and
STATE OF WISCONSIN POSTMASTER,

         Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, David Lee Burkhart, initiated this action by filing a **_pro se_** Complaint. The Court must construe the Complaint liberally because Mr. Burkhart is a **_pro se_** litigant. **_See Haines v. Kerner_**, 404 U.S. 519, 520-21 (1972); **_Hall v. Bellmon_**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Mr. Burkhart will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint filed by Mr. Burkhart and has determined that the Complaint is deficient. First, although Mr. Burkhart lists two Defendants, he fails to provide an address for them. Mr. Burkhart must provide a complete address for each Defendant so that they may be served in this action.

The Complaint also fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a pleading are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the

plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Burkhart fails to set forth a short and plain statement of the grounds on which the Court's jurisdiction depends. He fails to identify the statutory authority that allows this Court to consider the claims he is asserting in this action. Mr. Burkhart also fails to set forth a short and plain statement of his claims showing that he is entitled to relief. Although Mr. Burkhart clearly alleges that he did not receive his social security card in the mail and that his identity has been stolen, it is not clear how the postmasters in Colorado and Wisconsin are responsible for the loss of his social security card and the resulting alleged theft. Mr. Burkhart must submit an Amended Complaint that complies with the pleading requirements of Rule 8 if he wishes to pursue his claims in this action.

Accordingly, it is

ORDERED that Mr. Burkhart file, **within thirty days from the date of this Order**, an Amended Complaint that complies with the Order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Burkhart, together with a copy of this Order, two copies of a court-approved Complaint form.  It is

FURTHER ORDERED that if Mr. Burkhart fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the Complaint and the action will be dismissed without further notice.

DATED March 22, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00621-BNB

David Lee Burkhart
5218 E. 8th Ave.
Denver, CO 80220

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on _____ 4-4-07 _____

                               GREGORY C. LANGHAM, CLERK

                               By: _____
                                         Deputy Clerk